## (December 23, 1955)

(Republished)

■ SOPHIE K. RUZA, Respondent, v. STANLEY W. RUZA et al., Appellants.— Order denying the motion to dismiss the complaint for legal insufficiency unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted with leave to replead. Opinion by Breitel, J. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [Also printed, 286 App. Div. 767.]

(Republished)

■ LOUISE JACOBSON, as Executrix of GUNTHER JACOBSON, Deceased, et al., Appellants, v. FREEDMAN & SLATER, INC., Respondent, et al., Defendants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event. Opinion by Cox, J. Peck, P. J., dissents and votes to grant judgment to plaintiff Revisa. Settle order on notice. Concur — Breitel, Bastow and Cox, JJ., [Also printed, 286 App. Div. 778.]

## SECOND DEPARTMENT, DECEMBER, 1955

## (December 5, 1955)

■ CARMINE A. CAVALLARO, Respondent, v. MARTIN STETTIN et al., Doing Business as STETTIN BROTHERS, Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ WILLIAM E. COYLE, Respondent, v. UNION CASUALTY & LIFE INSURANCE COMPANY, Appellant, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy and Ughetta, JJ.; Schmidt, J., not voting. [See 286 App. Div. 1025.]

■ BENJAMIN GLOTZER, Appellant, v. CELIA Z. GLOTZER, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See 286 App. Div. 1014.]

■ DOROTHY E. HAMILTON, Appellant, v. OLGA RENTOVICH, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ FAY MILLER, Respondent, v. MEYER MILLER, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ PEARL ROMEO, Respondent, v. DOMINICK ROMEO, Appellant.— On consent, motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.